IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD J. MIGYANKO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE TJX COMPANIES, INC.,<br><br>　　　　　Defendant. | Civil Action No. 2:20-cv-00077-MJH |

**ORDER OF THE COURT**

AND NOW, this day of April 17, 2020, in consideration of Joint Motion to Stay Proceedings, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED. All deadlines in this case are stayed for sixty days from the date of this Order. Three days before the end of the stay, the parties shall file a joint report to the Court as to the status of this case.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　_/s/ Marilyn J. Horan_
　　　　　　　　　　　　　　　Marilyn J. Horan
　　　　　　　　　　　　　　　United States District Court Judge