UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD J. MIGYANKO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE TJX COMPANIES, INC., d/b/a MARSHALLS,<br><br>　　　　　Defendant. | Case No. 2:20-cv-00077-MJH |

## STIPULATION OF DISMISSAL

Plaintiff Ronald J. Migyanko ("Plaintiff") and Defendant The TJX Companies, Inc. d/b/a Marshalls ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: July 22, 2020

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Kelly K. Iverson
CARLSON LYNCH, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com

*Attorneys for Plaintiff*

Respectfully Submitted,

*/s/ Minh N. Vu*
Minh N. Vu
SEYFARTH SHAW LLP
975 F Street, NW
Washington, D.C. 20004
202-463-2400
mvu@seyfarth.com

*Attorneys for Defendant*

It is SO ORDERED, this 23rd day of July 2020.

Marilyn J. Horan
United States District Judge